## WARRICK v. STATE. (No. 9241.)

(Court of Criminal Appeals of Texas. June 17, 1925.)

**Criminal law ⚮1090(1)—Record on appeal, containing neither bills of exception nor statement of facts, presents no question for review, in absence of fundamental error.**

Record on appeal, containing neither bills of exception nor statement of facts, presents no question for review, in absence of fundamental error.

Appeal from Titus County Court; Dan M. Cook, Judge.

E. B. Warrick was convicted of theft and he appeals. Affirmed.

J. D. Lawrence, of Pittsburg, for appellant.
Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for theft, a misdemeanor; punishment fixed at a fine of $25 and confinement in the county jail for a period of 30 days.

The record contains neither bills of exception nor statement of facts. Therefore nothing is brought forward for review. No fundamental error has been perceived.

The judgment is affirmed.